-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TONJA FENTON, 11G0715,

        Plaintiff,

        -v-

Superintendent WILLIAM POWERS and
Commissioner BRIAN FISCHER,

        Defendants.

DECISION AND ORDER
12-CV-6431P

---

    Plaintiff Tonja Fenton, proceeding *pro se*, filed an action pursuant to 42 U.S.C. § 1983 on July 16, 2012 (12-CV-6380P) involving allegations of deliberate indifference to the denial of her constitutional rights and retaliation by officials at Albion Correctional Facility, based on events on and after January 24, 2012. Plaintiff named William Powers as a defendant in that action. Plaintiff has now filed a new action against William Powers relating to the same events and has supplemented the allegations and added Brian Fischer as a defendant. Plaintiff's complaint in this new action is hereby deemed a supplement to the complaint filed in 12-CV-6380P. The complaint in this action shall be filed as a supplement in 12-CV-6380P and this action shall be closed as duplicative.

    IT IS SO ORDERED.

                                                DAVID G. LARIMER
                                              United States District Judge

DATED: August 20, 2012
           Rochester, New York